Center for Disability Access
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CHRISTOPHER J. OLSON, ESQ. (SBN: 192689)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
colson@smwb.com

Attorneys for Defendant
CAFE DE CASA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIAN WHITAKER | Case: 3:21-cv-08756-CRB |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| v. | ORDER |
| CAFE DE CASA INC, a California Corporation, | |
| Defendant. | |

## STIPULATION

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 11, 2022           CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock, Esq.
                                    Attorneys for Plaintiff

Dated: March 11, 2022           SWEENEY MASON LLP

                                By: /s/ Christopher J. Olson
                                    Christopher J. Olson, Esq.
                                    Attorneys for Defendant
                                    CAFE DE CASA INC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Christopher J. Olson, Esq., counsel for Defendant CAFE DE CASA INC., and that I have obtained Mr. Olson's authorization to affix his electronic signature to this document.

Dated: March 11, 2022              CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock, Esq.
                                  Attorneys for Plaintiff

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIAN WHITAKER,<br><br>  Plaintiff,<br><br>v.<br><br>CAFE DE CASA INC, a California Corporation,<br><br>  Defendants. | Case No. 3:21-cv-08756-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
|---|---|

Pursuant to stipulation of the parties, this action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 11, 2022

HONORABLE CHARLES R. BREYER
United States District Judge

Case No. 3:21-cv-08756-CRB          1          ORDER GRANTING STIPULATION FOR DISMISSAL